May 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RHONDA CRAIG AND NORTHWEST WOMEN'S CENTER D/B/A BELLA DERMAGE, Appellant

NO. 14-12-00168-CV                 V.

SHIRLEY BRYANT, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RHONDA CRAIG AND NORTHWEST WOMEN'S CENTER D/B/A BELLA DERMAGE.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.